# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
REGENCY ROOFING INC § Case No. 07-04443 MB
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/22/2012 in Courtroom 250,

United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
REGENCY ROOFING INC § Case No. 07-04443 MB
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 57,009.22 |
| and approved disbursements of | $ | 52,056.24 |
| leaving a balance on hand of[1] | $ | 4,952.98 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 A | Fifth Third Bank | $ 100,000.00 | $ 100,000.00 | $ 34,331.58 | $ 0.00 |

Total to be paid to secured creditors     $ 0.00
Remaining Balance     $ 4,952.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 6,100.46 | $ 5,261.92 | $ 838.54 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 7,736.08 | $ 6,858.03 | $ 878.05 |
| Accountant for Trustee Fees: Alan D. Lasko, CPA | $ 4,350.80 | $ 3,856.98 | $ 493.82 |
| Accountant for Trustee Expenses: Alan D. Lasko, CPA | $ 81.95 | $ 72.65 | $ 9.30 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ 46.07 | $ 46.07 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,219.71 |
| Remaining Balance | | | $ 2,733.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 196,020.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept of Employment Security | $ 10,160.31 | $ 0.00 | $ 0.00 |
| 6 | Illinois Department of Revenue | $ 12,200.00 | $ 0.00 | $ 0.00 |
| 8B | Department of the Treasury | $ 164,126.65 | $ 0.00 | $ 0.00 |
| 13B | Roofers Benefit Funds | $ 9,533.66 | $ 0.00 | $ 2,733.27 |
| Total to be paid to priority creditors | | | | $ 2,733.27 |
| Remaining Balance | | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 382,120.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Allied Building Products Corporation | $ 73,123.77 | $ 0.00 | $ 0.00 |
| 3 | LakeFront Supply | $ 386.51 | $ 0.00 | $ 0.00 |
| 4 | Temperature Engineering | $ 505.50 | $ 0.00 | $ 0.00 |
| 5 | Pro Fastening System | $ 1,654.28 | $ 0.00 | $ 0.00 |
| 7 | A F Crissie & Co | $ 2,332.00 | $ 0.00 | $ 0.00 |
| 9 | North Coast of Chicago | $ 7,840.41 | $ 0.00 | $ 0.00 |
| 10 | Allied Building Materials | $ 73,123.77 | $ 0.00 | $ 0.00 |
| 11 | T-MOBILE USA, INC. | $ 1,737.62 | $ 0.00 | $ 0.00 |
| 12 | Waste Management RMC | $ 275.48 | $ 0.00 | $ 0.00 |
| 13A | Roofers Benefit Funds | $ 38,791.09 | $ 0.00 | $ 0.00 |
| 14A | Rental Systems | $ 9,350.00 | $ 0.00 | $ 0.00 |
| 15B | Fifth Third Bank | $ 173,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $  0.00

Remaining Balance  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 54,014.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8A | Department of the Treasury | $ 54,014.72 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 07-04443-MB
Regency Roofing Inc.                                                    Chapter 7
          Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann               Page 1 of 3                  Date Rcvd: Feb 23, 2012
                              Form ID: pdf006              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2012.
db           +Regency Roofing Inc.,    1082 C Rock Road Ct.,    East Dundee, IL 60118-2481
11235206     +A F Crissie & Co,    1700 Higgins Rd,    Suite 320,    Des Plaines, IL 60018-3805
11235211      AT&T,    Bill Payment Center,    Saginaw, Mi 48663-0003
11235208     +Allied Building Materials,    3888 Collections Center Dr,    Chicago, Il 60693-0038
11394684     +Allied Building Products Corporation,     Clinton P Hansen Esq,    FagelHaber LLC,
               55 E Monroe St 40th Flr,     Chicago, IL 60603-5713
11235209     +Amerigas Cicero,    3501 S Cicero Ave,    Cicero, Illinois 60804-4534
11235210      Amerigas Palatine,    Cicero Dept 0140,    Palatine, Il 60055-0140
11235212      Capital One - Visa,    P O Box 34631,    Seattle, Wa 98124-1631
11235213     +Car Smart Automotive,    Zoran Sarich,    1077 E Main St. - #11,    East Dundee, IL 60118-2466
11235214      Chicago Flameproof,    Lockbox 23541,    Network Place,    Chicago, IL 60673-1235
11235216     +Crum & Forster Insurance,    905 Madison Ave,    P O Box 1973,    Morristown, NJ 07962-1973
11235217     +Dietz Vacuum Service, Inc,    15200 W 147th St,    Lockport, Il 60491-7552
11235218     +ES One/Delaney,    ES One Sheet Metal Co,    1600 Airport Road,    Waukesha, WI 53188-2460
11235219      Federal Express,    P O Box 94515,    Palatine, Il 60094-4515
11235220     +Fifth Third Bank,    L Judson Todhunter Howard PLLC,    200 S Michigan Ave Ste 1100,
               Chicago, IL 60604-2461
11235221     +Garth Building Products,    7001 S South Chicago Ave,    Chicago, Il 60637-4142
11235222     +Groot,    2500 Landmeier Road,    Elk Grove Village, Il 60007-2627
11435142    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      Bankruptcy Section,
               100 West Randolph Street Level 7-425,     Chicago, Illinois   60601)
11235223      Il Dept of Employment Sec,    P O Box 803412,    Chicago, Il 60680-3412
11235224      Illinois Department of Rev,    P O Box 19025,    Springfield, Il 62794-9025
11315365     +Illinois Dept of Employment Security,     Attorney General Section 7th Floor,    33 S State St,
               Chicago, IL 60603-2808
11235225     +Industrial Cork Co,    848 Larch Avenue,    Elmhurst, Il 60126-1122
11235227     +LakeFront Supply,    2950 N Western Ave,    Chicago, Il 60618-8021
11235228     +Metal Edge, Inc,    3239 Loverock Ave,    Steger, Il 60475-1231
11235231      NRIPP,    P O Box 918783,    Orlando, Fl 32891-8783
11235230      North Coast of Chicago,    P O Box 71-4360,    Columbus, Oh 43271-4360
11235232      Platinum Plus For Business,    P O Box 15469,    Wilmington, De 19886-5469
11235233     +Pro Fastening System,    44 E University Dr,    Arlington Heights, Il 60004-1802
11235234     +Rental Systems,    1141 E. Main St., Ste. 100,    East Dundee, Il 60118-2440
11235236      Roofers Benefit Funds,    2340 Des Plaines River Rd,    Des Plaines, Il 60018
11235237     +Seal Tight Exteriors Inc,    3239 Loverock Ave,    Steger, Il 60475-1231
11235238      Sheet Metal Supply,    121 Schelter Road,    PO Box 596,    Lincolnshire, IL 60069-0596
11235239     +Soprema Inc,    310 Quadral Dr,    P O Box 75755,    Cleveland, OH 44101-4755
11235240     +Stevens Roofing System,    Nine Sullivan Road,    Holyoke, Ma 01040-2841
11235241     +Sunset Cartage Inc,    8 Prosper Court,    Lake In The Hills, Il 60156-9601
11441492      T-MOBILE USA, INC.,    ATTN: BANKRUPTCY DEPT,    PO BOX 53410,    BELLEVUE, WA 98015-3410
11235242      T-Mobile,    P O Box 743596,    Cincinnati, Oh 45274-2596
11235243     +Temperature Engineering,    7475 South Madison,    Willowbrook, Il 60527-1631
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11235207     +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2012 04:43:29      ABC Supply,   29W581 North Ave.,
               West Chicago, Il 60185-1356
11235215      E-mail/Text: legalcollections@comed.com Feb 24 2012 03:21:44      Com Ed,   Bill Payment Center,
               Chicago, Il 60668-0001
11235226      E-mail/Text: cio.bncmail@irs.gov Feb 24 2012 03:15:47      Department of the Treasury,
               Internal Revenue Service,    Centralized Insolvency Operations,   PO Box 21126,
               Philadelphia, PA 19114
11235229      E-mail/Text: bankrup@nicor.com Feb 24 2012 03:18:18      Nicor Gas,   P O Box 416,
               Aurora, Il 60568-0001
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Springer Brown Covey Gaertner & Davis LLC
11235235*      +Rental Systems LLC,    1141 E Main St-Ste 100,    East Dundee, Il 60118-2440
11235244      ##+Waste Management RMC,    2421 W Peoria Ave,    Phoenix, AZ 85029-4770
11235245      ##+Wilson Wholesale Supply Co,    405 S Barrington Rd,    Wauconda, Il 60084-2436
                                                                                            TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: pseamann              Page 2 of 3              Date Rcvd: Feb 23, 2012
                              Form ID: pdf006             Total Noticed: 42

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2012**                       **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: pseamann              Page 3 of 3               Date Rcvd: Feb 23, 2012
                              Form ID: pdf006             Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2012 at the address(es) listed below:

```
          L. Judson Todhunter    on behalf of Creditor   Fifth Third Bank JTodhunter@howardandhoward.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen J Costello    on behalf of Debtor   Regency Roofing Inc. steve@costellolaw.com
          Thomas E Springer    on behalf of Trustee Thomas Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer     tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 5
```