UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| REGENCY ROOFING INC | § § § | Case No. 07-04443 |
| Debtor(s) | § § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 A | FIFTH THIRD BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER | | | | | |
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| Thomas E. Springer | | | | | |
| Alan D. Lasko | | | | | |
| Alan D. Lasko | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13B | Roofers Benefit Funds | | | | | |
| 8B | Department Of The Treasury | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Illinois Department Of Revenue | | | | | |
| 1 | Illinois Dept Of Employment Securit | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | A F Crissie & Co | | | | | |
| 10 | Allied Building Materials | | | | | |
| 2 | Allied Building Products Corporatio | | | | | |
| 15B | Fifth Third Bank | | | | | |
| 3 | Lakefront Supply | | | | | |
| 9 | North Coast Of Chicago | | | | | |
| 5 | Pro Fastening System | | | | | |
| 14A | Rental Systems | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13A | Roofers Benefit Funds | | | | | |
| 11 | T-Mobile Usa, Inc. | | | | | |
| 4 | Temperature Engineering | | | | | |
| 12 | Waste Management Rmc | | | | | |
| 8A | Department Of The Treasury | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-04443 MB Judge: Manuel Barbosa | | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | REGENCY ROOFING INC | | | Date Filed (f) or Converted (c): | 03/13/07 (f) |
| | | | | 341(a) Meeting Date: | 04/16/07 |
| For Period Ending: | 07/27/12 | | | Claims Bar Date: | 09/04/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 156.77 | Unknown |
| 2. Checking at Fifth Third Bank, | 0.00 | 0.00 | DA | 0.00 | FA |
| P.O. Box 630900, Cincinnati, OH 45263-0900 | | | | | |
| 3. Security Deposit with Nicor Gas | Unknown | 0.00 | DA | 0.00 | FA |
| 4. Security deposit with Com Ed | 561.41 | 0.00 | DA | 0.00 | FA |
| 5. Accounts Receivable--See List attached | 331,247.48 | 120,000.00 | | 49,344.45 | FA |
| Fifth Third Bank has a blanket lien in the Debtor's assets, including the accounts receivable, equipment, supplies and inventory. The Trustee and attorney for Fifth Third Bank have a 506(c) agreement to allow the Trustee to collect the accounts receivable. | | | | | |
| 6. 1997 Ford Car | 1,000.00 | 1,128.00 | | 1,128.00 | FA |
| 7. 1996 Ford Van | 1,000.00 | 300.00 | | 300.00 | FA |
| 8. 1999 Ford E-250 Van | 1,000.00 | 1,200.00 | | 1,200.00 | FA |
| 9. 1998 GMC State Body | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 10. 1999 Ford Pickup | 500.00 | 1,000.00 | | 1,000.00 | FA |
| 11. 1997 Ford S350 | 1,000.00 | 1,400.00 | | 1,400.00 | FA |
| 12. 1998 Honda ATV | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Title in name of Debtor's principal only | | | | | |
| 13. Homemade Trailer | 500.00 | 0.00 | DA | 0.00 | FA |
| Asset included in Fifth Third Bank's blanket lien. | | | | | |
| 14. 1 Dell Computer | 500.00 | 0.00 | DA | 0.00 | FA |
| Asset included in Fifth Third Bank's blanket lien. | | | | | |
| 15. 1 Compac Computer | 200.00 | 0.00 | DA | 0.00 | FA |
| Asset included in Fifth Third Bank's blanket lien. | | | | | |
| 16. 1 HP Printer | 100.00 | 0.00 | DA | 0.00 | FA |
| Asset included in Fifth Third Bank's blanket lien. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 07-04443 MB Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REGENCY ROOFING INC | Date Filed (f) or Converted (c): | 03/13/07 (f) |
| | | 341(a) Meeting Date: | 04/16/07 |
| | | Claims Bar Date: | 09/04/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. 1 HP Printer Fax           Asset included in Fifth Third Bank's blanket lien. | 200.00 | 0.00 | DA | 0.00 | FA |
| 18. 4 Desks           Asset included in Fifth Third Bank's blanket lien. | 400.00 | 0.00 | DA | 0.00 | FA |
| 19. 1 Plan Table           Asset included in Fifth Third Bank's blanket lien. | 200.00 | 0.00 | DA | 0.00 | FA |
| 20. 5 Chairs           Asset included in Fifth Third Bank's blanket lien. | 50.00 | 0.00 | DA | 0.00 | FA |
| 21. 3 Adding Machines           Asset included in Fifth Third Bank's blanket lien. | 30.00 | 0.00 | DA | 0.00 | FA |
| 22. 3 - 5' x 4' File Cabinets           Asset included in Fifth Third Bank's blanket lien. | 300.00 | 0.00 | DA | 0.00 | FA |
| 23. 3 - 2 Drawer File Cabinets           Asset included in Fifth Third Bank's blanket lien. | 60.00 | 0.00 | DA | 0.00 | FA |
| 24. 4 -4 Drawer File Cabinets           Asset included in Fifth Third Bank's blanket lien. | 120.00 | 0.00 | DA | 0.00 | FA |
| 25. 1 Water Cooler           Asset included in Fifth Third Bank's blanket lien. | 50.00 | 0.00 | DA | 0.00 | FA |
| 26. See List Attached--Machinery, fixtures, equipment           Asset included in Fifth Third Bank's blanket lien. | 11,700.00 | 0.00 | DA | 0.00 | FA |
| 27. Asphalt 4-pallets           Asset included in Fifth Third Bank's blanket lien. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 28. 100 - modified bittlmien rolls           Asset included in Fifth Third Bank's blanket lien. | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 29. 6,000 ft. Term Bar           Asset included in Fifth Third Bank's blanket lien. | 1,200.00 | 0.00 | DA | 0.00 | FA |

Case 07-04443 Doc 52 Filed 08/24/12 Entered 08/24/12 09:52:39 Desc Main
Document Page 10 of 18

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit 8

| Case No: | 07-04443 MB Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | REGENCY ROOFING INC | Date Filed (f) or Converted (c): | 03/13/07 (f) |
| | | 341(a) Meeting Date: | 04/16/07 |
| | | Claims Bar Date: | 09/04/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30. 20,000 Fasteners | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Asset included in Fifth Third Bank's blanket lien. | | | | | |
| 31. Misc. accessories | 3,000.00 | 0.00 | DA | 0.00 | FA |
| Asset included in Fifth Third Bank's blanket lien. | | | | | |
| 32. Refund of duplicate payment (u) | 480.00 | 480.00 | | 480.00 | FA |
| made by Debtor pre-petition on accounts payable | | | | | |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $366,398.89 | $127,508.00 | | $57,009.22 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claim objection resolved 1/5/12. Final Report being submitted 1/24/12.

Initial Projected Date of Final Report (TFR): 06/15/09       Current Projected Date of Final Report (TFR): 01/24/12

LFORM1                                                                                                                                   Ver: 16.06b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-04443 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REGENCY ROOFING INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1164 MONEY MARKET |
| Taxpayer ID No: | *******2128 | | |
| For Period Ending: | 07/27/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/29/07 | 5 | Volo Commerce 2, LLC. Operating Account 26575 W. Commerce Drive, #613 Volo, Illinois 60073 | Account receivable | 1121-000 | 875.00 | | 875.00 |
| 05/29/07 | 5 | State Farm Mutual Automobile Insurance Company 2702 Ireland Grove Rd Bloomington, IL 61709 | Account receivable | 1121-000 | 13.10 | | 888.10 |
| 05/29/07 | 5 | Pepper Construction 411 Lake Zurich Road Barrington, Illinois 60010-3141 | Account receivable | 1121-000 | 2,919.00 | | 3,807.10 |
| 05/29/07 | 5 | Ogden 4, LLC 560 W. Washington, Sutie 400 Chicago, IL 60661 | Account receivable | 1121-000 | 669.00 | | 4,476.10 |
| 05/29/07 | 5 | Delacourte Condominium Association c/o Harris Trust & Savings Bank 10 Huntington Lane Wheeling, IL 60090 | Account receivable | 1121-000 | 1,648.00 | | 6,124.10 |
| 05/29/07 | 5 | Carlisle Roofing Systems, Inc. P.O. Box 7000 Carlisle, PA 17013 | Account receivable | 1121-000 | 1,752.00 | | 7,876.10 |
| 05/29/07 | 6 | Brinker International 6820 LBJ Freeway Dallas, TX 75240 | Account receivable | 1121-000 | 578.00 | | 8,454.10 |
| 05/29/07 | 5 | Brinker International 6820 LBJ Freeway Dallas, TX 75240 | Account receivable | 1121-000 | 871.00 | | 9,325.10 |
| * 05/29/07 | | Avalon Construction Services, Inc. 3315 Algonquin Road, Suite 600 | Account receivable | 1121-003 | 1,674.00 | | 10,999.10 |

Page Subtotals    10,999.10    0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*


Case 07-04443   Doc 52   Filed 08/24/12   Entered 08/24/12 09:52:39   Desc Main
Document   Page 12 of 18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 07-04443 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REGENCY ROOFING INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1164  MONEY MARKET |
| Taxpayer ID No: | *******2128 | | | |
| For Period Ending: | 07/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Rolling Meadows, IL 60008 | | | | | |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.10 | | 10,999.20 |
| * 06/11/07 | | Avalon Construction Services, Inc. | Payment Stopped by Issuer | 1121-003 | -1,674.00 | | 9,325.20 |
| | | 3315 Algonquin Road, Suite 600 | | | | | |
| | | Rolling Meadows, IL 60008 | | | | | |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 7.81 | | 9,333.01 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 7.93 | | 9,340.94 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 7.93 | | 9,348.87 |
| 09/28/07 | 1 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 5.95 | | 9,354.82 |
| 10/12/07 | * NOTE * | American Auction Associates, Inc. | Gross Proceeds from Auction | 1129-000 | 6,450.00 | | 15,804.82 |
| | | 8515 S. Thomas Avenue | * NOTE *  Properties 6, 7, 8, 9, 10, 11 | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 10/16/07 | 5 | Ragnar Benson, LLC | Account receivable | 1121-000 | 7,414.00 | | 23,218.82 |
| | | 250 S. Northwest Highway | | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| 10/19/07 | 5 | ISBA Mutual Insurance Company | Account receivable | 1121-000 | 1,100.00 | | 24,318.82 |
| | | 223 West Ohio Street | | | | | |
| | | Chicago, IL 60610 | | | | | |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 9.94 | | 24,328.76 |
| 11/21/07 | 001000 | American Auction Associates, Inc. | Court Approved Auctioneer's | 3620-000 | | 1,420.47 | 22,908.29 |
| | | 8515 S. Thomas Avenue | Expenses per Order entered on 11/15/07 | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 12.92 | | 22,921.21 |
| 12/19/07 | 5 | Pepper Construction Company | Account receivable | 1121-000 | 9,028.00 | | 31,949.21 |
| | | 411 Lake Zurich Road | | | | | |
| | | Barrington, IL 60010-3141 | | | | | |
| 12/31/07 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 11.69 | | 31,960.90 |
| 01/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 12.66 | | 31,973.56 |
| 02/29/08 | 1 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 7.60 | | 31,981.16 |

Page Subtotals          22,402.53          1,420.47

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-04443 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REGENCY ROOFING INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1164  MONEY MARKET |
| Taxpayer ID No: | *******2128 | | |
| For Period Ending: | 07/27/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 7.56 | | 31,988.72 |
| 04/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 6.56 | | 31,995.28 |
| 05/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.06 | | 31,999.34 |
| 06/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 3.94 | | 32,003.28 |
| 07/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.07 | | 32,007.35 |
| 08/29/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.06 | | 32,011.41 |
| 09/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 3.94 | | 32,015.35 |
| 10/07/08 | 32 | BFS Diversified Produts, LLC  250 West 96th Street  Indianapolis, IN 46260-1316 | Refund of pre-petition duplicate  payment made by Debtor | 1290-000 | 480.00 | | 32,495.35 |
| 10/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 3.13 | | 32,498.48 |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 2.66 | | 32,501.14 |
| 12/10/08 | 5 | International Contractors, Inc.  977 South Route 83  Elmhurst, IL 60126 | Account Receivable | 1121-000 | 3,767.85 | | 36,268.99 |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.68 | | 36,270.67 |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.30 | | 36,270.97 |
| 02/09/09 | 001001 | International Sureties, Ltd  Suite 420  701 Poydras St.  New Orleans, LA 70139 | Bond Payment Allocation  Chapter 7 Blanket Bond Illinois - Chicago - Northern  District | 2300-000 | | 28.71 | 36,242.26 |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.28 | | 36,242.54 |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.32 | | 36,242.86 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.79 | | 36,243.65 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.91 | | 36,244.56 |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.90 | | 36,245.46 |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.92 | | 36,246.38 |
| 08/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.92 | | 36,247.30 |
| 09/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.89 | | 36,248.19 |

Page Subtotals       4,295.74      28.71

Ver: 16.06b

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-04443 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REGENCY ROOFING INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1164  MONEY MARKET |
| Taxpayer ID No: | *******2128 | | |
| For Period Ending: | 07/27/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.91 | | 36,249.10 |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.90 | | 36,250.00 |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.92 | | 36,250.92 |
| 01/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.91 | | 36,251.83 |
| 02/09/10 | 001002 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 33.18 | 36,218.65 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.83 | | 36,219.48 |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.93 | | 36,220.41 |
| 04/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.89 | | 36,221.30 |
| 05/28/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.91 | | 36,222.21 |
| 06/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.90 | | 36,223.11 |
| 07/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.91 | | 36,224.02 |
| 08/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.93 | | 36,224.95 |
| 09/10/10 | 5 | Title Services, Inc. Construction Disbursement Escrow Acct II 610 E Roosevelt Rd, #100 Wheaton, IL  60187 | accounts receivable for Skendar Construction/Pioneer Gardens project | 1121-000 | 19,287.50 | | 55,512.45 |
| 09/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 1.63 | | 55,514.08 |
| 10/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.36 | | 55,516.44 |
| 11/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.28 | | 55,518.72 |
| 12/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.36 | | 55,521.08 |
| 01/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.36 | | 55,523.44 |
| 02/28/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.43 | | 55,523.87 |
| 03/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,524.34 |
| 04/26/11 | 001003 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET | Portion on Blanket Bond #016026455 | 2300-000 | | 46.07 | 55,478.27 |

Page Subtotals    19,309.33    79.25

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 07-04443 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | REGENCY ROOFING INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1164  MONEY MARKET |
| Taxpayer ID No: | *******2128 | | | |
| For Period Ending: | 07/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.45 | | 55,478.72 |
| 05/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.48 | | 55,479.20 |
| 06/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.46 | | 55,479.66 |
| 07/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,480.13 |
| 08/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.47 | | 55,480.60 |
| 09/09/11 | | Transfer to Acct #*******1037 | Bank Funds Transfer to write check | 9999-000 | | 50,381.16 | 5,099.44 |
| 09/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 5,099.59 |
| 10/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,099.63 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.50 | 5,093.13 |
| 11/04/11 | | Transfer to Acct #*******1037 | Final Posting Transfer | 9999-000 | | 5,093.13 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 57,009.22 | 57,009.22 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 55,474.29 | |
| Subtotal | 57,009.22 | 1,534.93 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 57,009.22 | 1,534.93 | |

Page Subtotals     2.52     55,480.79

Ver: 16.06b

LFORM24

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-04443 -MB | | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | REGENCY ROOFING INC | | | Bank Name: | BANK OF AMERICA |
| | | | | Account Number / CD #: | *******1037  GENERAL CHECKING |
| Taxpayer ID No: | *******2128 | | | | |
| For Period Ending: | 07/27/12 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/09/11 | | Transfer from Acct #*******1164 | Bank Funds Transfer to write check | 9999-000 | 50,381.16 | | 50,381.16 |
| 09/09/11 | 001000 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner<br>& Davis LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | 506(c) attorney fees<br>pursuant to Court Order entered 8/18/11 | 3110-000 | | 6,858.03 | 43,523.13 |
| 09/09/11 | 001001 | Alan D. Lasko, CPA<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL  60603 | Accountant 506(c) fees<br>and expenses pursuant to Court Order entered<br>8/18/11.<br>Fees          3,856.98<br>Expenses         72.65 | 3410-000<br>3420-000 | | 3,929.63 | 39,593.50 |
| * 09/09/11 | 001002 | Fifth Third Bank | Total claim payment<br>pursuant to Court Order entered 8/18/11. | 4210-004 | | 34,331.58 | 5,261.92 |
| 09/09/11 | 001003 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner<br>& Davis LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Interim Trustee Compensation<br>pursuant to Court Order entered 8/18/11. | 2100-000 | | 5,261.92 | 0.00 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 43.74 | -43.74 |
| 11/04/11 | | Transfer from Acct #*******1164 | Transfer In From MMA Account | 9999-000 | 5,093.13 | | 5,049.39 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 47.92 | 5,001.47 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 48.49 | 4,952.98 |
| * 03/30/12 | 001002 | Fifth Third Bank | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 4210-004 | | -34,331.58 | 39,284.56 |
| 04/03/12 | 001004 | Fifth Third Bank | Total claim payment | 4210-000 | | 34,331.58 | 4,952.98 |
| | | | Page Subtotals | | 55,474.29 | 50,521.31 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-04443 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | REGENCY ROOFING INC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1037  GENERAL CHECKING |
| Taxpayer ID No: | *******2128 | | | |
| For Period Ending: | 07/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o L JUDSON TODHUNTER<br>HOWARD & HOWARD<br>200 S. MICHIGAN AVENUE<br>SUITE 1100<br>CHICAGO, IL 60604-2401 | pursuant to Court Order entered 8/18/11. | | | | |
| 04/03/12 | 001005 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Fees | 2100-000 | | 838.54 | 4,114.44 |
| 04/03/12 | 001006 | Thomas E. Springer<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 878.05 | 3,236.39 |
| 04/03/12 | 001007 | Alan D. Lasko, CPA<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant for Trustee Fees (Other | | | 503.12 | 2,733.27 |
| | | | Fees           493.82 | 3410-000 | | | |
| | | | Expenses         9.30 | 3420-000 | | | |
| 04/03/12 | 001008 | Roofers Benefit Funds<br>2340 Des Plaines River Rd<br>Des Plaines, Il 60018 | Claim 13B, Payment 28.66968% | 5400-000 | | 2,733.27 | 0.00 |

| | | | | Page Subtotals | 0.00 | 4,952.98 |
| --- | --- | --- | --- | --- | --- | --- |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 8

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-04443 -MB |
| Case Name: | REGENCY ROOFING INC |
| Taxpayer ID No: | *******2128 |
| For Period Ending: | 07/27/12 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1037 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 55,474.29 | 55,474.29 | 0.00 |
| Less: Bank Transfers/CD's | 55,474.29 | 0.00 | |
| Subtotal | 0.00 | 55,474.29 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 55,474.29 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********1164 | 57,009.22 | 1,534.93 | 0.00 |
| GENERAL CHECKING - ********1037 | 0.00 | 55,474.29 | 0.00 |
| | 57,009.22 | 57,009.22 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*